IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01245-REB-MEH

CAROLYN PARKER,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF ACADEMY SCHOOL DISTRICT NO. 20,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2009.**

    Plaintiff's Second Unopposed Motion to Vacate and Reset Scheduling Conference [filed September 22, 2009; docket #10] is **granted in part** and **denied in part**. The Scheduling Conference set for October 6, 2009, at 9:30 a.m. is hereby **converted** to a Status Conference.