IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01245-REB-MEH

CAROLYN PARKER,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF ACADEMY SCHOOL DISTRICT NO. 20,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2009.**

    The Joint Motion to Extend Scheduling Deadlines in Order to Finalize Settlement of Case [filed October 23, 2009; docket #19] is **granted in part** and **denied in part**. The Scheduling Conference set for **November 4, 2009**, at **9:45 a.m.** is **converted** to a Telephonic Status Conference. The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.

    In light of the notice filed October 22, 2009 [docket #18], Plaintiff's Motion to Take Emergency Deposition [filed October 21, 2009; docket #16] is **denied as moot**.