**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01245-REB-MEH

CAROLYN PARKER,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF ACADEMY SCHOOL DISTRICT NO. 20,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal with Prejudice** [#24], filed November 24, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal with Prejudice** [#24], filed November 24, 2009, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 30, 2009, at Denver, Colorado.

                                    BY THE COURT:

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge